# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SHELLEY TILLMAN et al.,

    Plaintiffs,

v.                                      CASE NO. 4:09cv423-RH/WCS

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE THE FIRST
## AMENDED COMPLAINT AND DENYING AS MOOT THE
## MOTION TO DISMISS THE ORIGINAL COMPLAINT

The plaintiff's consented motion (document 17) for leave to amend the complaint is GRANTED. The first amended complaint (document 18) is deemed properly filed today. The motion (document 13) to dismiss the original complaint is DENIED AS MOOT.

SO ORDERED on May 17, 2010.

                                                    s/Robert L. Hinkle
                                                    United States District Judge